IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY E. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-716-AMG |
| ) | |
| MARTIN O'MALLEY, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. | |

### ORDER

On July 16, 2024, Plaintiff filed a Complaint for Review of a Social Security Disability or Supplemental Security Income Decision [Doc. No. 1]. Plaintiff applied to proceed *in forma pauperis* (IFP) [Doc. No. 2]. The matter was assigned to United States Magistrate Judge Amanda Maxfield Green consistent with General Order 16-4. On July 24, 2024, Judge Green ordered Plaintiff to supplement his IFP application on or before August 14, 2024 [Doc. No. 3], which he failed to do.

On August 19, 2024, Judge Green issued a Report and Recommendation [Doc. No. 5], recommending that Plaintiff's IFP application be denied. The Report and Recommendation was mailed to Plaintiff at the address listed in Plaintiff's Complaint [Doc. No. 1], and returned by the United States Postal Service as undeliverable on August 26, 2024 [Doc. No. 6]. Plaintiff's deadline to file an objection to the Report and Recommendation expired on September 9, 2024. Accordingly, the Court hereby adopts the Report and Recommendation and denies Plaintiff's application for leave to proceed *in forma pauperis*.

1

It is incumbent on Plaintiff to inform the Court of an accurate service address and any change of address so that the Court may communicate with him about his case. *See* LCvR5.4(a). The Court construes Plaintiff's failure to inform the Clerk of his current address as a lack of interest in maintaining this litigation. This lack of interest combined with the Court's inherent power to manage judicial resources warrants dismissal of this action without prejudice. Even if the Court were to order Plaintiff to either amend his IFP application or pay the filing fee, it is unlikely Plaintiff would know to take any action due to his failure to update his service address with the Court. For these reasons, the Report and Recommendation [Doc. No. 5] is **ADOPTED** to the extent it recommends denial of Plaintiff's IFP application, but the Court will not permit amendment of the application or payment of the fee, choosing instead to dismiss this action without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 8th day of November, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge